

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2016

No. 04-16-00536-CV

**BEXAR-MEDINA-ATASCOSA COUNTIES WATER CONTROL AND IMPROVEMENT DISTRICT NO. 1**,
Appellant/ Cross-Appellee

v.

**BANDERA COUNTY RIVER AUTHORITY AND GROUNDWATER DISTRICT**,
Appellee/ Cross-Appellant

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-13-351
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

On October 4, 2016, we suspended all appellate deadlines to allow the parties to mediate this cause. The parties were unable to reach a settlement. It is therefore ORDERED that this appeal is reinstated on the docket of this Court.

Appellant's brief is due no later than December 29, 2016.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court